# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2019

159814 & (27)(28)(29)(33)(34)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LATAUSHA FAITH SIMMONS,
      Defendant-Appellant.

SC: 159814
COA: 348067
Wayne CC: 18-007233-FH

_____/

On order of the Court, the motion for immediate consideration of the application is GRANTED. The application for leave to appeal the May 23, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to stay, to dismiss, and for other miscellaneous relief are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2019

Clerk

p0702